Jores Kharatian (SBN 306150)
jores@kharatianlaw.com
KHARATIAN LAW, APC
595 East Colorado Boulevard, Suite 210
Pasadena, CA 91101
Tel: (626) 759-9900
Fax: (888) 636-5090

Attorney for Plaintiff Pamela Hawkins

Marytza J. Reyes (SBN 218684)
  reyes@sanchez-amador.com
Chase E. Dean (SBN 339996)
  dean@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, 11th Floor
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax

Attorneys for Defendant Home Depot U.S.A., Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAMELA HAWKINS, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:23-cv-01571 JFW(MARx) <br><br> The Hon. Judge John F. Walter <br><br> **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## **ORDER**

Pursuant to the request filed by the Parties under Federal Rules of Civil Procedure Rule 41 and good cause appearing therefore, the Court orders as follows:

The entire action is hereby DISMISSED.

IT IS SO ORDERED.

Dated: June 27, 2023

_____
Hon. Judge John F. Walter
United States District Court Judge